IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BERL BATES,<br><br>    Petitioner,<br><br>vs.<br><br>STEPHEN MAYBERG, Director,<br>California Department of Mental Health,<br>and THOMAS VOSS, Director, Coalinga<br>State Hospital,<br><br>    Respondents. | No. C 07-2700 JSW (PR)<br><br>JUDGMENT |

    The Court has dismissed the instant habeas petition failure to state a cognizable claim under § 2254. A judgment of dismissal is entered. The Clerk shall close the file.

    IT IS SO ORDERED.

DATED: October 17, 2007

                                                         _Jeffrey S. White_
                                                         JEFFREY S. WHITE
                                                         United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ROBERT BERL BATES,

    Plaintiff,

v.

STEPHEN W. MAYBERG et al,

    Defendant.

Case Number: CV07-02700 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 17, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert Berl Bates
Coalinga State Hospital
P.O. Box 5003, Unit 6
CO. 000186-7
Coalinga, CA 93210

Dated: October 17, 2007

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk