UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ROBERT BERL BATES,

        Plaintiff,

  v.

STEPHEN W. MAYBERG et al,

        Defendant.

Case Number: CV07-02700 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 31, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert Berl Bates
Coalinga State Hospital
P.O. Box 5003, Unit 6
CO. 000186-7
Coalinga, CA 93210

Dated: March 31, 2008

                              Richard W. Wieking, Clerk
                              By: Frank Justiliano, Deputy Clerk